# ALABAMA COURT OF CRIMINAL APPEALS



June 13, 2025

**CR-2023-0773**
Pat Charest v. State of Alabama (Appeal from Baldwin Circuit Court: CC-94-1363.64)

# <u>NOTICE</u>

You are hereby notified that on June 13, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk